**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JOHN DOE,<br><br>           Plaintiff,<br><br>vs.<br><br>JANE DOE,<br><br>           Defendant. | 2:16-cv-00210-KJD-VCF<br><br>**<u>ORDER</u>** |

Before the Court are the following motions:

    1. Motion to Seal (ECF No. 45),

    2. Emergency Motion for Leave to Re-File Portions of the Record Using Plaintiff's Fictitious Name (ECF No. 46),

    3. Motion for Protective Order (ECF No. 47), and,

    4. Motion to Extend Time regarding Discovery/Nondispositive Matter (ECF No. 52).

On June 27, 2016, Judge Dawson ordered documents to be re-filed with appropriate redactions to Plaintiff's true name or employ appropriate pseudonym. (ECF No. 32).  The parties have complied and refiled their motions with the appropriate redactions. The above motions are redacted motions that have previously been filed by the parties.  ECF Nos. 5, 7, and 8 correspond with numbers 45, 46 and 47.  ECF Nos. 5, 7, and 8 have been decided by Judge Dawson in his June 27th Order.  (ECF No. 32).

The Motion to Extend Time regarding Discovery/Nondispositive Matter (ECF No. 52) is the redacted version of ECF No. 18.  On February 19, 2016, Judge Dawson already granted this motion. (ECF No. 19).

Accordingly,

IT IS HEREBY ORDERED that the (1.) Motion to Seal (ECF No. 45), (2.) Emergency Motion for Leave to Re-File Portions of the Record Using Plaintiff's Fictitious Name (ECF No. 46), (3.) Motion for

Protective Order (ECF No. 47), and (4.) Motion to Extend Time regarding Discovery/Nondispositive Matter (ECF No. 52), are DENIED as moot.

DATED this 17th day of August, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE