GOODMAN LAW GROUP
A Professional Corporation
ROSS C. GOODMAN, ESQ.
Nevada Bar No. 7722
520 S. Fourth St., 2nd Floor
Las Vegas, Nevada  89101
Telephone:    (702) 383-5088
Facsimile:    (702) 385-5088
Email: ross@goodmanlawgroup.com
*Attorneys for JANE DOE*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN DOE, an individual,<br><br>                    Plaintiff,<br><br>     v.<br><br>JANE DOE, an individual; DOE Individuals II-XI and ROE CORPORATIONS I-X, inclusive,<br><br>                    Defendants. | Case No.:  2:16-cv-00210-KJD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JOHN DOE and Defendant JANE DOE, by and through their undersigned counsel, that the above entitled action together with the related state court action denoted by Case No. A-15-727449-C pending in the Eighth Judicial District Court, Clark County, Nevada, shall be dismissed in their entirety, WITH PREJUDICE, with each party to bear their own attorneys' fees and costs.

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088

DATED: 10/19/2016                              GOODMAN LAW GROUP, P.C.

                                                  */s/ Ross C. Goodman, Esq.*
                                                  Ross C. Goodman, Esq.
                                                  520 South Fourth Street, 2nd Floor
                                                  Las Vegas, Nevada 89101
                                                  *Attorneys for Defendant*

DATED: 10/19/2016                              MAIER GUTIERREZ AYON

                                                  */s/ Jason Maier, Esq.*
                                                  Jason R. Maier, Esq.
                                                  8816 Spanish Ridge Avenue
                                                  Las Vegas, Nevada 89148
                                                  *Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated:  October 21, 2016

Respectfully submitted by:

GOODMAN LAW GROUP, P.C.

By: */s/ Ross C. Goodman, Esq.*
    Ross C. Goodman, Esq.
    520 South Fourth Street, 2nd Floor
    Las Vegas, Nevada 89101
  *Attorneys for JANE DOE*

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088